Glenn. A. NORMAN, Claimant–
Appellant,

v.

Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2011–7038.

United States Court of Appeals,
Federal Circuit.

Jan. 25, 2011.

Tara K. Hogan, Department of Justice, Washington, DC, for Respondent–Appellee.

Douglas J. Rosinski, Pillsbury Winthrop Shaw Pittman LLP, San Francisco, CA, for Claimant–Appellant.

**ON MOTION**

**ORDER**

Glenn A. Norman moves without opposition to stay proceedings in this appeal pending the Supreme Court's disposition in *Henderson v. Shinseki*, Supreme Court No. 2009–1036.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to stay is granted. Norman is directed to inform the court within 30 days of the disposition of *Henderson* how he believes this appeal should proceed.

The Secretary of Veterans Affairs may also respond within that time.